The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

ALLIED WASTE SYSTEMS,

Defendant.

Case No. 2:25-cv-01144-KKE

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER having come before the Court, upon the parties' Stipulated Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint ("Stipulated Motion") (Dkt. No. 8), and the Court having reviewed the pleadings and supporting materials filed:

IT IS HEREBY ORDERED THAT the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED THAT Defendant has up and until August 18, 2025, to file its Answer or otherwise respond to Plaintiff's Complaint.

Dated this 10th day of July, 2025.

_____
Kymberly K. Evanson
United States District Judge