THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WASTE SYSTEMS INC., a Delaware corporation, <br><br> Defendant. | NO.    2:25-cv-01144-KKE <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Kelly S. Arefi and Michael G. Congiu of Littler Mendelson, P.C., attorneys for Defendant, Allied Waste Systems, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs of suit. This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, January 2025 and February 2025, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting

contributions, liquidated damages, interest, attorney's fees and costs for any period other than January 2025 and February 2025.

DATED this 8th day of August, 2025.

| | |
|---|---|
| REID, BALLEW & LEAHY, L.L.P.<br>BALLEW, L.L.P.<br><br>*s/Russell J. Reid*<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street<br>North Tower Suite 300<br>Seattle WA 98119<br>(206) 285-0464<br>Email:  rjr@nwlaborlaw.com | LITTLER MENDELSON, P.C.<br><br><br>*s/Kelly S. Arefi*<br>Kelly S. Arefi, WSBA #40864<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle WA 98101<br>(206) 623-3300<br>Email:  karefi@littler.com<br><br>*s/Michael G. Congiu*<br>Michael G. Congiu, Bar # -0397018<br>1300 IDS Center<br>89 South 8th Street<br>Minneapolis MN 55402*2136<br>(612) 630-1000<br>Email:  mcongiu@littler.com |
| Attorneys0 for Plaintiff | Attorneys for Defendant |

### ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata

principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, January 2025 and February 2025, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than January 2025 and February 2025.

      ORDER ENTERED this 11th day of August, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@nwlaborlaw.com

Attorney for Plaintiff